Eric Andrew Mercer, State Bar No. 248707
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 361-6022
Facsimile: (916) 361-6023
Email: eric@ericmercerlaw.com

Attorney for Plaintiff Debra London

FILED
APR 0 4 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEBRA LONDON, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No.<br><br>[~~PROPOSED~~] ORDER TO SHOW CAUSE ~~REGARDING PRELIMINARY INJUNCTION AND FOR~~ TEMPORARY RESTRAINING ORDER<br><br>Date:　　　April ___, 2017<br>Time:　　　_____ a.m.<br>Department:　_____<br><br>Complaint Filed: March 30, 2017<br>Trial Date: Not Yet Assigned |

1
[PROPOSED] ORDER FOR TEMPORARY RESTRAINING ORDER

**ORDER TO SHOW CAUSE**

To Defendant WELLS FARGO BANK, N.A., you are ordered to appear on ~~April~~ *a time* ~~, 2017 at ___ in Department ___~~ of this Court located at 501 I Street, Room 4-200 Sacramento, ~~CA 95814~~, to show cause why a preliminary injunction should not issue in accordance with California Civil Code section 2924.12 restraining and enjoining you and your employees and agents, or any other person acting with you or on your behalf from transferring any ownership interest in, further encumbering, or taking possession of the properties located at 16355 Targowski Lane, Tracy, California 95304.

*and date to be set*

**TEMPORARY RESTRAINING ORDER**

Pending hearing on the Order to Show Cause, you, your employees and agents, and any other persons acting with you or on your behalf are restrained and enjoined pending trial in this action from transferring any ownership interest in, further encumbering, or taking possession of the property located at 16355 Targowski Lane, Tracy, California 95304.

**IT IS FURTHER ORDERED THAT:**

~~This Order to Show Cause and Temporary Restraining Order and supporting papers shall be served on Defendants no later than April ___, 2017 by personal service, facsimile transmission, or overnight mail. Proof of such service shall be filed at least ___ court days prior to the hearing.~~

~~Any opposition papers to the Order to Show Cause shall be filed and served on Plaintiffs by personal service, facsimile transmission, or overnight mail no later than _____. Any reply papers to the opposition shall be filed and served on defendant by personal service, facsimile transmission, or overnight mail no later than _____.~~

The restraining order granted herein shall expire on _____.

Dated: ~~March~~ *April 5*, 2017

*[signature]*
United States District Judge