Eric Andrew Mercer, State Bar No. 248707
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 361-6022
Facsimile: (916) 361-6023
Email: eric@ericmercerlaw.com

Attorney for Plaintiff Debra London

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEBRA LONDON, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-00687-KJM-AC<br><br>**ORDER TO SET DATE FOR HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:　　　　June 16, 2017<br>Time:　　　　10:00 a.m.<br>Courtroom:　3, 15th Floor<br>Judge:　　　Honorable Kimberly J. Mueller<br><br>Complaint Filed: March 30, 2017<br>Trial Date: Not Yet Assigned |

1
ORDER TO SET DATE FOR HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**THIS COURT**, having read and considered the Stipulation to Set Date for Hearing on Plaintiff's Motion for Preliminary Injunction, and with good cause appearing thereby,

**IT IS HEREBY ORDERED THAT**:

1. The Motion for Preliminary Injunction shall be heard on June 16, 2017;

2. Any Opposition and Reply to the Motion for Preliminary Injunction shall be filed in accordance with Local Rules; and

3. The Temporary Restraining Order shall remain in place up to and including the date of the hearing on the Motion for Preliminary Injunction as set by the Court.

**IT IS SO ORDERED**:

DATED: April 12, 2017.

_____
UNITED STATES DISTRICT JUDGE