Eric Andrew Mercer, State Bar No. 248707
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 361-6022
Facsimile: (916) 361-6023
Email: eric@ericmercerlaw.com

Attorney for Plaintiff Debra London

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEBRA LONDON, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-00687-KJM-AC<br><br>**ORDER FOR STAY OF FORECLOSURE**<br><br>Date:　　　　June 16, 2017<br>Time:　　　　10:00 a.m.<br>Courtroom:　3, 15th Floor<br>Judge:　　　Honorable Kimberly J. Mueller<br><br>Complaint Filed: March 30, 2017<br>Trial Date: Not Yet Assigned |

**THIS COURT**, having read and considered the Stipulation For Stay of Foreclosure, and with good cause appearing thereby,

**IT IS HEREBY ORDERED THAT**:

1. Defendant WELLS FARGO BANK, N.A., its employees and agents, and any other persons acting with it or on its behalf are enjoined from transferring any ownership interest in or further engaging in any foreclosure action related to the property located at 16355 Targowski Lane, Tracy, California 95304 during the during the pendency of the above-captioned lawsuit;

2. The hearing on Plaintiff's Motion for Preliminary Injunction currently set for June 16, 2017 is vacated; and

3. Defendant shall have until July 5, 2017 to file a response to Plaintiff's complaint.

**IT IS SO ORDERED**.

DATED: June 12, 2017.

_____
UNITED STATES DISTRICT JUDGE

2
ORDER FOR STAY OF FORECLOSURE