1  Eric Andrew Mercer, State Bar No. 248707
   LAW OFFICE OF ERIC ANDREW MERCER
2  770 L Street, Suite 950
   Sacramento, CA 95814
3  Telephone:    (916) 361-6022
   Facsimile:     (916) 361-6023
4  Email: eric@ericmercerlaw.com

5  Attorney for Plaintiff Debra London

6  Leigh O. Curran (# 173322)
     lcurran@afrct.com
7  D. Dennis La (# 237927)
     dla@afrct.com
8  ANGLIN, FLEWELLING, RASMUSSEN,
     CAMPBELL & TRYTTEN LLP
9  301 N. Lake Avenue, Suite 1100
   Pasadena, California 91101-4158
10 Telephone:  (626) 535-1900
   Facsimile:   (626) 577-7764
11
12 Attorneys for Defendant
   WELLS FARGO BANK, N.A.
13

LAW OFFICE OF ERIC ANDREW MERCER

14

15                    UNITED STATES DISTRICT COURT

16              FOR THE EASTERN DISTRICT OF CALIFORNIA

17                        SACRAMENTO DIVISION

18

19

20 DEBRA LONDON, an individual,          Case No. 2:17-cv-00687-KJM-AC

              Plaintiff,                 **ORDER TO CONTINUE FACT
21                                       DISCOVERY AND DISPOSITIVE MOTION
       v.                                DEADLINE**
22
   WELLS FARGO BANK, N.A.; and
23 DOES 1 through 10 inclusive,          Complaint Filed: March 30, 2017
                                         Trial Date: Not Yet Assigned
24            Defendants.

25

26

27

28

ORDER TO CONTINUE FACT DISCOVERY AND DISPOSITIVE MOTION DEADLINE

**THIS COURT**, having read and considered the Stipulation to Extend Fact Discovery and Dispositive Motion Deadlines, and with good cause appearing thereby,

**IT IS HEREBY ORDERED THAT**:

1.    The discovery deadline, including any hearing on a discovery motion is November 28, 2018; and

2.    The deadline to hear Dispositive Motions is February 28, 2019.

**IT IS SO ORDERED**.

DATED: September 12, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER TO CONTINUE FACT DISCOVERY AND DISPOSITIVE MOTION DEADLINE