UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA LONDON,

                Plaintiff,

        v.

WELLS FARGO BANK, N.A.,

                Defendant.

No. 2:17-cv-00687-KJM-AC

ORDER

After reviewing the parties' stipulation, ECF No. 52, the court modifies the status (pretrial scheduling) order, ECF No. 35, as amended, ECF No. 46, as follows:

| Event | Current Date | Modified Date |
|---|---|---|
| Settlement Conference | The originally scheduled settlement conference was vacated on 10/19/2018, ECF No. 50. | January 23, 2019 at 10:00 a.m. before Magistrate Judge Barnes. Settlement conference statements are due 7 days prior to the conference and submitted to the Court using the following email address: dborders@caed.uscourts.gov. |
| Discovery Deadline | November 28, 2018 | January 30, 2019 |
| Last Day to Hear Dispositive Motions | February 28, 2019 | April 4, 2019 |

This order does not modify any other deadline in the court's scheduling order.

1              IT IS SO ORDERED.

2  DATED:  November 27, 2018.

5                       UNITED STATES DISTRICT JUDGE