1  Eric Andrew Mercer, State Bar No. 248707
   LAW OFFICE OF ERIC ANDREW MERCER
2  770 L Street, Suite 950
   Sacramento, CA 95814
3  Telephone:    (916) 361-6022
   Facsimile:    (916) 361-6023
4  Email: eric@ericmercerlaw.com

5  Attorney for Plaintiff Debra London

6  Leigh O. Curran (#173322)
    lcurran@afrct.com
7  D. Dennis La (#237927)
    dla@afrct.com
8  ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP
9  301 N. Lake Ave, Suite 1100
   Pasadena, CA  91101-4158
10 Telephone: (626) 535-1900
   Facsimile: (626) 577-7764

11
   Attorneys for Defendant
12 WELLS FARGO BANK, N.A.
   ("Wells Fargo")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LONDON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and DOES 1 through 10 inclusive,<br><br>Defendants. | No. 2:17-CV-00687-KJM-AC<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

**JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**

Plaintiff Debra London ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively referred to as the "Parties"), by and through their respective counsel of

CASE NO.:. 2:17-CV-00687-KJM-AC

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1 record, hereby stipulate to and jointly move this Court for an order continuing the Settlement
2 Conference currently set for January 23, 2019 as follows:

    1. WHEREAS, the Settlement Conference was originally scheduled for October 24, 2018 in this action (Dkt. 35);

    2. WHEREAS, on October 19, 2018, the Court entered a Minute Order taking the Settlement Conference off-calendar (Dkt. 50): "Pursuant to email communication from plaintiff's counsel of October 17, 2018, regarding continuance of the scheduled settlement conference of October 24, 2018 in this matter, the informal telephonic conference of October 19, 2018 at 4:00 p.m. and Settlement Conference scheduled for October 24, 2018 at 10:00 a.m. before Magistrate Judge Deborah Barnes are vacated pending both matters being reset at a later date";

    3. WHEREAS, the Parties met and conferred regarding a new date for the Settlement Conference and filed a joint stipulation on November 14, 2018 requesting that the conference "with Judge Deborah L. Barnes be continued to January 7, 8, 9, or 10, 2019; or a date as soon thereafter as Judge Barnes is available" (Dkt. 52);

    4. WHEREAS, on November 27, 2018, the Court entered the Stipulation and set the Settlement Conference for January 23, 2019 (Dkt. 54);

    5. WHEREAS, counsel for Wells Fargo is unavailable on January 23, 2019 due to a trial commencing on Friday January 25, 2019 in San Diego County Superior Court;

    6. WHEREAS, the Parties received alternative dates for the Settlement Conference from Judge Barnes' Courtroom Deputy for February 13, 20, or 27, 2019;

    7. WHEREAS, the Parties met and conferred and request that the Settlement Conference be continued to February 20, 2019 at 10:00 a.m. with Judge Deborah L. Barnes, or alternatively, to February 27, 2019;

**IT IS SO STIPULATED.**

                              Respectfully submitted,

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

| | | |
|---|---|---|
| | | LAW OFFICE OF ERIC ANDREW MERCER |
| Dated: December 5, 2018 | | By: */s/ Eric Andrew Mercer, Esq.* |
| | | Eric Andrew Mercer, Esq. |
| | | Attorney for Plaintiff, |
| | | Debra London |

ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

Dated: December 5, 2018        By: */s/ D. Dennis La, Esq.*
                               D. Dennis La
                               dla@afrct.com
                               Attorneys for Defendant,
                               WELLS FARGO BANK, N.A.
                               ("Wells Fargo")

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the January 23, 2019 Settlement Conference is continued to **February 27, 2019** at 10:00 a.m. in Courtroom No. 27 before the undersigned.

Dated: January 18, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\london0687.stip.cont.sc